```
                    IN THE UNITED STATES BANKRUPTCY COURT
                         SOUTHERN DISTRICT OF OHIO
                              WESTERN DIVISION


 IN RE:                              :    CASE NO. 19-12967
                                          CHAPTER 13
      TIMOTHY S. BELL                :    JUDGE JEFFERY P. HOPKINS

      DEBTOR(S)                      :    TRUSTEE'S REPORT
```

1. Comes now the Chapter 13 Trustee, Margaret A. Burks and files this Report based upon information obtained from the 341 meeting of creditors.  The Trustee has conducted a Meeting of Creditors pursuant to 11 U.S.C. Section 341.  The petition, schedules, and plan have been examined.

2. 341 MEETING DATE: September 30, 2019

3. DATE OF CONFIRMATION: October 22, 2019

4. Meeting Held: Yes
   Plan Percentage: 50%

5. Debtor(s) Appeared:  Yes

6. Trustee does not recommend this case for confirmation at this time.

7. The Chapter 13 was filed because divorce.

8. Direct pay via TFS.

9. The following creditors were present: None

10. Creditor objection: None

11. The Trustee requested information herein pursuant to 11 U.S.C. Sec. 521(a)(3).

The 341 meeting is continued until October 21, 2019 at 8:30 a.m.; confirmation date is November 19, 2019 at 2:00 p.m. The following documents and information must be provided in file stamped form to the Trustee at the continued 341 meeting.

   a) Amend Statement of Financial Affairs paragraph 20 to include closed Chase account.
   b) Trustee is reviewing debtor's budget. Budget is generous. Trustee notes that the claims bar deadline is October 22nd and will analyze whether case can be 100%.

12. Annual status report beginning April 30, 2020 on tax returns.  Agreed Order uploaded requiring taxes by April 30 of each year to the Trustee.  Amend Schedules I, J and plan if needed.

Respectfully submitted,

/s/  Margaret A. Burks, Esq.
     Margaret A. Burks, Esq.
     Chapter 13 Trustee
     Attorney Reg. No. OH 0030377

     Francis J. DiCesare, Esq.
     Staff Attorney
     Attorney Reg. No. OH 0038798

     Tammy E. Stickley, Esq.
     Staff Attorney
     Attorney Reg. No. OH 0090122

     600 Vine Street, Suite 2200
     Cincinnati, OH  45202
     513-621-4488
     513 621-2643  (facsimile)
     mburks@cinn13.org Correspondence only
     fdicesare@cinn13.org
     tstickley@cinn13.org

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Trustee's Report was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on October 3, 2019 addressed to:

Timothy S. Bell
debtor(s)
11562 Kemperwoods
Cincinnati, OH 45249

                                           /s/    <u>Margaret A. Burks, Esq.</u>
                                                    Margaret A. Burks, Esq.