Form a0nfincs
(Rev. 12/15)

**United States Bankruptcy Court**
**Southern District of Ohio**
**221 East Fourth Street, Suite 800**
**Cincinnati, OH 45202−4133**

---

| | |
|---|---|
| In Re: Timothy S Bell | Case No.: 1:19−bk−12967 |
| Debtor(s) | Chapter: 13 |
| SSN/TAX ID: xxx−xx−3072 | Judge: Jeffery P. Hopkins |

---

# NOTICE OF FAILURE TO FILE RULE 1007(b)(7) STATEMENT

In accordance with Rule 5009(b) of the Federal Rules of Bankruptcy Procedure, the Clerk hereby provides notice that pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, a statement regarding completion of a course in financial management (Official Form 423) is required before an Order of Discharge can be issued. If a statement regarding the completion of a course in financial management is not filed by the date when the last plan payment was made or the filing of a motion for a discharge, the above captioned case may be closed without the issuance of a discharge. If the debtor(s) subsequently files a Motion to Reopen the Case to allow for the filing of the Official Form 423, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: November 15, 2019

FOR THE COURT:
Richard B. Jones
Clerk, U.S. Bankruptcy Court